UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSE KNEER,<br><br>    Plaintiff,<br><br> v.<br><br>HENRY RICHARDS,<br><br>    Defendant. | Case No. C08-5021 RJB/KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

  Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**. Plaintiff is currently detained at the State of Washington Department of Social and Health Services' Special Commitment Center, located at McNeil Island, and does not appear to have funds available to afford the $350.00 court filing fee.

  The Clerk is directed to mail a copy of this Order to Plaintiff.

  DATED this 26th day of February, 2008.

                Karen L. Strombom
                United States Magistrate Judge