UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESSE KNEER,

               Plaintiff,

   v.

HENRY RICHARDS,

               Defendant.

Case No. C08-5021 RJB/KLS

ORDER TO FILE SEPARATE ACTIONS AND TO AMEND COMPLAINT

Before the Court is the proposed Complaint listing Jesse Kneer and Kyle Christianson as Plaintiffs. (Dkt. # 3). Both Plaintiffs have submitted applications for leave to proceed *in forma pauperis*. (Dkts. # 1, 2). Plaintiffs appear pro se, filing this complaint on behalf of themselves, seeking relief for themselves and for "those similarly situated." (Dkt. # 3)

The factually specific nature of the claims raised in this matter and the Court's experience with multiple pro se litigation convinces the Court that each Plaintiff should proceed separately with his individual claims. This action shall proceed only as to Plaintiff Kneer. By separate order, Plaintiff Jesse Kneer's application to proceed *in forma pauperis* (Dkt. # 1) shall be granted.

Plaintiff Kneer is directed to file an amended complaint raising only issues that are germane to him. The amended complaint will act as a complete substitute for the original.

Plaintiff Kyle Christianson is directed to re-file a separate complaint raising only issue germane to him. At that time, he may submit his application for leave to proceed *in forma pauperis* for consideration.

ORDER
Page - 1

1 This cause number should not be referenced. A new cause number will be assigned to Mr. Christianson's
2 action at the time he re-files his complaint. Accordingly, Mr. Christianson's application to proceed *in*
3 *forma pauperis* (Dkt. # 2) is **denied without prejudice** to re-file it under a new cause number.

4 Plaintiffs are advised that a pro se party may not represent the interests of other persons.
5 Although a non-attorney may appear pro se on behalf of himself, he has no authority to appear as an
6 attorney for others. *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987); *Johns v.*
7 *County of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997). If Plaintiff believes a class action is the
8 appropriate vehicle to address the issues he has standing to raise, he may file a motion for class
9 certification and should refer to Local Rule 23 governing the format and timing for bringing motions to
10 certify a class.

11 Mr. Kneer's amended complaint shall be due on or before **March 28, 2008**. Failure to file a
12 timely amended complaint will result in a recommendation by this Court to dismiss this action for failure
13 to comply with a court order and failure to prosecute.

14 The Clerk is directed to send a copy of this Order to Plaintiffs and to note this matter for **March**
15 **28, 2008**.

16 DATED this 26th day of February, 2008.

Karen L. Strombom
United States Magistrate Judge