UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESSE KNEER,

        Plaintiff,

v.

HENRY RICHARDS,

        Defendant.

Case No. C08-5021 RJB/KLS

SECOND ORDER TO AMEND COMPLAINT

On February 26, 2008 Plaintiff was directed to file an amended complaint raising only issues that are germane to him. (Dkt. # 10). Plaintiff's amended complaint was due on or before March 28, 2008. Plaintiff has failed to submit an amended complaint or request an extension of time within which to file his amended complaint.

Since the Court issued its Order directing Plaintiff to file an amended complaint, a non-party, Sam Donaghe, filed a petition for writ of mandamus. (Dkt. # 11). That petition was forwarded to the Ninth Circuit Court of Appeals by direction of District Court Judge Robert J. Bryan. Plaintiff's compliance with this Court's Order to file an amended complaint in this case is not in any manner affected by Mr. Donaghe's filing or the filings of any other non-parties. Plaintiff is advised that he must file an amended complaint in this matter or the Court will recommend that this case be dismissed for failure to comply with a court order and failure to prosecute.

Accordingly, the Court will allow Mr. Kneer additional time, until **May 9, 2008**, to file his

amended complaint raising only issues that are germane to him.

The Clerk is directed to send a copy of this Order to Plaintiff and to note this matter for **May 9, 2008**.

DATED this 15th day of April, 2008.

Karen L. Strombom
United States Magistrate Judge