UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESSE KNEER,

    Plaintiff,

v.

HENRY RICHARDS,

    Defendant.

Case No. C08-5021 RJB/KLS

ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Before the Court is Plaintiff's motion for extension of time (Dkt. # 14). Having carefully reviewed the motion and balance of the record, the Court ORDERS:

(1) Plaintiff's motion for an extension of time (Dkt. # 14) is **GRANTED**. Plaintiff shall file an Amended Complaint **on or before June 6, 2008,** or the Court will enter a report and recommendation that the complaint be dismissed.

(2) The Court notes that Plaintiff's motion was not signed and that the certificate of service was signed by Sam Donaghe. Plaintiff is advised that future motions and all other pleadings he files must contain his signature before they will be properly noted and considered by the Court.

DATED this 16th day of May, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1