UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSE KNEER,<br><br>                Plaintiff,<br><br>    v.<br><br>HENRY RICHARDS,<br><br>                Defendant. | Case No. C08-5021 RJB/KLS<br><br>ORDER REGARDING SECOND AFFIDAVIT FOR APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

    Before the court is Plaintiff's second affidavit in support of an application for leave to proceed *in forma pauperis* (Dkt. # 17). Plaintiff was previously granted *in forma pauperis* status. (Dkt. # 8).

    The Clerk is directed to mail a copy of this Order and a copy of the Order (Dkt. # 8) to Plaintiff.

    DATED this __5th__ day of June, 2008.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1