UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSE KNERR,<br><br>    Plaintiff,<br><br>  v.<br><br>HENRY RICHARDS, Ph.D,<br><br>    Defendant. | Case No. C08-5021 RJB/KLS<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE FORMS FOR SERVICE OF PLAINTIFF'S AMENDED COMPLAINT AND SUPPLEMENT |

The Court has reviewed Plaintiff's proposed Amended Complaint (Dkt. # 18) and Supplement (Dkt. # 19). Plaintiff is now directed to fill out and return the necessary service form so that the court may direct the United States Marshall to serve the Amended Complaint and Supplement and summons upon the named Defendant.

Accordingly, it is **ORDERED:**

(1) The Clerk of the Court is directed to send the appropriate service forms to Plaintiff;

(2) Plaintiff is directed to fill out the forms with complete addresses for the named Defendant and return the form so that the U.S. Marshal may attempt service by mail upon the named defendants. This document must be returned on or before **July 25, 2008,** or the Court will recommend dismissal of this action for failure to prosecute.

DATED this 1st day of July, 2008.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1