UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESSE KNERR,

    Plaintiff,

v.

HENRY RICHARDS, PH.D.,

    Defendant.

Case No. 08-5021 RJB/KLS

ORDER DIRECTING PLAINTIFF TO SIGN REPLY AND RE-NOTING PLAINTIFF'S MOTION FOR COUNSEL

Presently pending before the Court is Plaintiff's motion for counsel. Dkt. # 34. In its review of the parties' papers, the Court notes that Plaintiff failed to sign his reply to Defendant's response to his motion for counsel. Dkt. # 38. Every pleading, written motion or other paper must be signed by a party personally if the party is unrepresented and the court must strike an unsigned paper unless the omission is promptly corrected after being called to the party's attention. Fed.R.Civ.P. 11(a).

Accordingly, it is **ORDERED**:

(1) Plaintiff shall sign his reply and re-file it with the Court on or before **January 9, 2009**;

(2) The Clerk shall **re-note** Plaintiff's motion for counsel (Dkt. # 34) for **January 9, 2009**, and shall send notice to opposing counsel of this Order and noting date, and

ORDER - 1

(3) The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

DATED this  16th  day of December, 2008.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2