UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSE KNERR,<br><br>    Plaintiff,<br><br>v.<br><br>HENRY RICHARDS, Ph.D.,<br><br>    Defendant. | Case No. 08-5021 RJB/KLS<br><br>AMENDMENT TO ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |

On January 20, 2009, this Court entered its Order denying Plaintiff's motion for the appointment of counsel and struck Plaintiff's reply (Dkt. # 38) on the grounds that he had not signed it as ordered. Dkt. # 40. Plaintiff did sign his reply on January 7, 2009, but it was not docketed by the Clerk until January 26, 2009. Dkt. # 41. Therefore, it did not come to the Court's attention at the time the motion was considered.

The Court has now considered the contents of Mr. Knerr's reply (Dkt. # 41), and finds no showing of exceptional circumstances. As the Court noted earlier, Mr. Knerr has presented his claims in a manner demonstrating an adequate ability to articulate his claims *pro se* and has not demonstrated that the issues involved in this case are complex or that he has had any difficulties in expressing them. There is nothing in the motion nor in his reply indicating that a finding of exceptional circumstances is warranted in this case.

Accordingly, it is **ORDERED:**

    (1)    Plaintiff's motion to appoint counsel (Dkt. # 34) is **DENIED**.

    (2)    The Clerk is directed to send copies of this Order to Plaintiff and counsel for

ORDER - 1

1         Defendants.

3    DATED this  28th  day of January, 2009.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER - 2