UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESSE KNERR,

    Plaintiff,

v.

HENRY RICHARDS, PH.D.,

    Defendant.

Case No. 08-5021 RJB/KLS

ORDER GRANTING STAY PENDING APPEAL

Before the Court is Plaintiff Jesse Knerr's motion to stay this matter until the Ninth Circuit Court of Appeals rules on his pending interlocutory motion, in which he appeals the denial of his motion for appointed counsel. Dkt. # 56. Defendant has no objection to the stay. Dkt. # 57.

Accordingly, it is **ORDERED**:

1) Plaintiff's motion to stay (Dkt. # 56) is **GRANTED**. All matters in this case, including discovery, shall be **STAYED** until the Ninth Circuit Court of appeals rules on Mr. Knerr's pending interlocutory motion, in which he appeals the denial of his motion for appointed counsel. The parties shall refrain from filing further matters in this case during the stay.

(2) The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

DATED this  30th  day of March, 2009.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 1