UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESSE KNERR,

    Plaintiff,

v.

HENRY RICHARDS, PH.D.,

    Defendant.

Case No. 08-5021 RJB/KLS

ORDER LIFTING STAY

This matter was stayed by Order dated March 31, 2009, pending Plaintiff Jesse Knerr's appeal of the denial of his motion for appointed counsel. Dkt. # 59. On April 29, 2009, the Ninth Circuit Court of Appeals issued its Order dismissing the appeal for lack of jurisdiction because denial of appointment of counsel in a civil case is not appealable. Dkt. # 60.

Accordingly, it is **ORDERED:**

1)     The stay in this matter is **LIFTED**.

2)     The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

DATED this  6th  day of May, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1