**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| JESSE KNERR,<br><br>                Plaintiff,<br><br>   v.<br><br>HENRY RICHARDS, PH.D.,<br><br>                Defendant. | NO. C08-5021 RJB/KLS<br><br>ORDER ON DEFENDANT'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

THIS MATTER having come before this Court on Defendant's Motion For Leave to File Overlength Brief and Declaration in Support; the Court having considered the files and records herein; and being in all matters fully advised,

THE COURT DOES HEREBY **ORDER**:

1. That Defendant's Motion for Leave to File Overlength Brief is **GRANTED.**

DATED this 25th day of June, 2009.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge