UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSE KNERR,<br><br>    Plaintiff,<br><br>  v.<br><br>HENRY RICHARDS, Ph.D.,<br><br>    Defendant. | Case No. C08-5021RJB<br><br>ORDER ADOPTING<br>REPORT AND<br>RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Karen L. Strombom. Dkt. 72. The Court has considered the Report and Recommendation, objections, if any, and the remainder of the file herein.

The Court hereby **FINDS** and **ORDERS**:

 1) The Report and Recommendation (Dkt. 72) is **ADOPTED**;

 2) Defendant's Motion for Summary Judgment (Dkt. 66) is **GRANTED**; Plaintiff's claims are **DISMISSED**; and

 3) The Clerk is directed to send copies of this Order to all attorneys of record and to the Hon. Karen L. Strombom.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 14th day of December, 2009.

_Robert J. Bryan_
Robert J. Bryan
United States District Judge