# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSE KNERR | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| HENRY RICHARDS, Ph.D. | CASE NUMBER: C08-5021RJB |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Report and Recommendation (Dkt. 72) is **ADOPTED**; and

Defendant's Motion for Summary Judgment (Dkt. 66) is **GRANTED**; Plaintiff's claims are **DISMISSED**.

|   |   |
|---|---|
| December 15, 2009 | BRUCE RIFKIN |
| Date | Clerk |
|   |   |
|   | *s/CM Gonzalez* |
|   | Deputy Clerk |